℧AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<table>
<tr><td>EASTERN</td><td>District of</td><td>VIRGINIA</td></tr>
</table>

DONNA K. SOUTTER, for herslef and on behalf
of all similarly situated individuals,

V.

EXPERIAN INFORMATION SOLUTIONS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   **3:09CV695**

TO: (Name and address of Defendant)

EXPERIAN INFORMATION SOLUTIONS, INC.
SERVE: David N. Anthony, Registered Agent
1001 Haxall Point
Richmond, VA  23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite100
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**FERNANDO GALINDO**                              **November 04, 2009**

CLERK                                              DATE

(By) DEPUTY CLERK