UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,

        Plaintiff,

v.                                                    Civil Action No. 3:09-cv-695 (HEH)

EXPERIAN INFORMATION SOLUTIONS,
INC.,

        Defendants.

## AGREED ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Motion for Extension of Time for Defendant, Experian Information Solutions, Inc., to file responsive pleadings to the Class Complaint filed by Plaintiff, Donna K. Soutter.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Donna K. Soutter and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Experian shall be GRANTED an extension of time until on or before January 7, 2010 to file its responsive pleadings, including its Answer, to the Class Complaint filed by Donna K. Soutter.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this __10__ day of December, 2009.





                                                       United States District Court Judge

WE ASK FOR THIS:

Leonard A. Bennett
Virginia State Bar No. 37523
*Attorney for Donna K. Soutter*
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Hampton Roads Virginia Office
Telephone: (757) 930-3660
Facsimile: (757) 960-3662
Email: lenbennett@cavtel.net

David N. Anthony
Virginia State Bar No. 31696
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

1888195v1