**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**DONNA K. SOUTTER, For herself and on behalf of all similarly situated individuals,**

      **Plaintiff,**

      v.                                          Civil Action No.: 3:09CV695

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

      **Defendant.**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**<u>FINANCIAL INTEREST DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

> **<u>Experian plc is the parent company of Experian; (2) Experian plc owns 100 percent of Experian; (3) Experian plc is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian plc is publicly traded on the London Stock Exchange.</u>**

- 2 -

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By:   /s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Attorney for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-5410
Facsimile:  (804) 698-5118
Email:  david.anthony@troutmansanders.com

Joseph W. Clark
Virginia State Bar No. 42664
*Attorney for Experian Information Solutions, Inc.*
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Email:  jwclark@jonesday.com

1895639v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Leonard Anthony Bennett
>Consumer Litigation Assoc PC
>12515 Warwick Blvd, Suite 100
>Newport News, VA 23606
>757-930-3660
>757-930-3662 (fax)
>lenbennett@cox.net
>*Counsel for Plaintiff Donna K. Soutter*
>
>Matthew James Erausquin
>Consumer Litigation Associates PC
>1800 Diagonal Road, Suite 600
>Alexandria, VA  22314
>703-273-6080
>888-892-3512 (fax)
>matt@clalegal.com
>*Counsel for Plaintiff Donna K. Soutter*

>/s/David N. Anthony
>David N. Anthony
>Virginia State Bar No. 31696
>*Attorney for Experian Information Solutions, Inc.*
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia  23219
>Telephone No.: (804) 697-5410
>Facsimile No.:  (804) 698-5118
>Email:  david.anthony@troutmansanders.com

1895694v1

1895639v1