# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

DONNA K. SOUTTER,
For herself and on behalf of all
similarly situated individuals,

      Plaintiff,

v.                                  Civil Action No. 3:09CV00695 (HEH)

EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendant.

## NOTICE OF FILING OF NON-PARTY EQUIFAX INFORMATION SERVICES LLC'S MOTION TO CONSOLIDATE CASES

Non-Party Equifax Information Services LLC ("EIS") hereby files it Notice of Filing of Motion to Consolidate Cases as follows:

1.      On November 4, 2009, Plaintiff filed the above-styled action against Experian Information Solutions, Inc. (the "Experian lawsuit").

2.      On February 7, 2010, Plaintiff filed a separate lawsuit in this District and Division against EIS (the "EIS Lawsuit"). The EIS Lawsuit was assigned to Judge Robert Payne.

3.      The Experian Lawsuit and the EIS Lawsuit involve the same plaintiff and substantially similar factual and legal issues under the federal Fair Credit Reporting Act, 15 U.S.C. 1681, *et seq.*

4.      Due to the substantial similarities between the two cases, EIS filed a Motion to Consolidate Cases in the EIS Lawsuit that seeks consolidation of the two cases. EIS's motion seeks to have the EIS case consolidated with the Experian case, and transferred to this Court, because the

Experian case was first-filed.  A copy of EIS's Motion to Consolidate Cases is attached hereto as Exhibit A.

     5.     Equifax files this Notice only to advise this Court that its Motion to Consolidate Cases has been filed in the EIS Lawsuit.

     Respectfully Submitted, this 29th day of March, 2010.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone:  (804) 355-8744
Facsimile:  (804) 355-8748
Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of March, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
***Counsel for Plaintiff***

Joseph W. Clark
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
***Counsel for Defendant Experian Information Solutions, Inc.***

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com