## FOR THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| DONNA K. SOUTTER, For herself and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Civil Action No.: 3:09CV695 |

### STIPULATION OF DISMISSAL OF CLAIMS

COMES NOW Plaintiff Donna K. Soutter ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that the allegations and claim in Count I, alleging a violation of 15 U.S.C. §1681i, is an individual claim and that any reference to a "class claim" as it pertains to Count I was an unintended drafting error. The individual claim in Count I shall remain, subject to dismissal as set forth below.

Further, Plaintiff and Experian, by counsel, stipulate that the allegations and class claims made on behalf of any putative class member in Count II be dismissed without prejudice. The individual claim in Count II, alleging a violation of 15 U.S.C. § 1681e(b), shall be dismissed with prejudice.

Wherefore, upon the stipulation of all parties who have appeared in the action, and it appearing appropriate to the Court to do so, it is:


RECEIVED APR 13 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA

ORDERED that any reference to class allegations or a "class claim" in Count I be REMOVED or STRICKEN from the Amended Class Complaint;

ORDERED that the individual claim in Count I be DISMISSED WITH PREJUDICE AS SETTLED;

ORDERED that the class action allegations and the class claim in Count II be DISMISSED WITHOUT PREJUDICE as to putative class members; and

ORDERED that the individual claim in Count II be DISMISSED WITH PREJUDICE.

It is so ORDERED.

Entered this 19th day of April, 2010.

/s/
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

| DONNA K. SOUTTER | EXPERIAN INFORMATION SOLUTIONS, INC. |
|---|---|
| By /s/ Leonard A. Bennett<br>Leonard A. Bennett, Esquire (VSB No.: 37523)<br>*Attorney for Donna K. Soutter*,<br>CONSUMER LITIGATION ASSOCIATES PC<br>12515 Warwick Boulevard, Suite 100<br>Newport News, Virginia 23606<br>Telephone: (757) 930-3660<br>Facsimile:(757) 930-3662<br>E-Mail:lenbennett@cox.net | By /s/<br>David N. Anthony<br>Virginia State Bar No. 31696<br>*Attorney for Experian Information Solutions, Inc.*<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219<br>Telephone No.: (804) 697-5410<br>Facsimile No.: (804) 698-5118<br>Email: david.anthony@troutmansanders.com<br><br>Joseph W. Clark<br>Virginia State Bar No. 42664<br>*Attorney for Experian Information Solutions, Inc.*<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>E-mail: jwclark@jonesday.com |